THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. TERRY SCOTT, Defendant-Appellant.

(No. 58398;

First District (2nd Division)—February 5, 1974.

PER CURIAM.

LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Marilyn Dershem Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel), for the People.